UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS UZCATEGUI MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT EMPLOYEES INSURANCE ) <br> COMPANY, dba GEICO, ) <br> ) <br> Defendant. ) | Case No. 3:22-cv-05503 <br><br> ORDER ON STIPULATED MOTION TO REMAND |

Based on the stipulated motion of the parties, the Court, finding that there is no just reason for delay in entry of an order, and being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that this matter is remanded to State Superior Court.

Dated this 28th of October, 2022

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
BARGER LAW GROUP PC
Glenn E. Barger, WSBA #27891
5005 Meadows Rd. Suite 130
Lake Oswego, OR 97035

Page 1 – ORDER ON STIPULATED MOTION TO REMAND                 122I1707